UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  8:21-CR-00164-JVS                                  Date: January 27, 2023

Present: The Honorable:  Autumn D. Spaeth, United States Magistrate Judge

Interpreter   N/A

| Kristee Hopkins | None | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Kimberly Elgin | | X | | Dyke E. Huish | | | X |

**Proceedings:   (In Chambers)  Order of Temporary Detention Pending Final Revocation Hearing (18 U.S.C. §§ 3142 and 3148)**

    Defendant appeared after being taken into custody on an arrest warrant issued by United States District Court for the Central District of California after United States Pretrial Services submitted a Petition for Action on Conditions of Pretrial Release alleging Defendant violated the conditions of her pretrial release.  The Court conducted an initial appearance on the alleged violations finding probable cause exists and at which the Government requested detention pending the final revocation hearing.  The Court finds that the Government has established by clear and convincing evidence that no condition or combination of conditions of release is reasonably likely to assure the safety of any other person or the community.

    Defendant is remanded to the custody of the United States Marshal pending the final revocation of pretrial release proceedings in the matter.

**IT IS SO ORDERED.**



Initials of Deputy Clerk  kh

0:00